ACCEPTED
15-25-00156-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/3/2025 5:36 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/3/2025 5:36:25 PM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

November 3, 2025

***Via E-File***
Christopher A. Prine, Clerk
FIFTEENTH COURT OF APPEALS
P.O. Box 12852
Austin, Texas 78711

Re:     Case No. 15-25-00156-CV; *Texas Racing Commission v. Toby Keeton*, In the
        Fifteenth Court of Appeals

Dear Mr. Prine,

Please allow this letter to serve as an update to the status of the clerk's and reporter's records in this matter.

Requests for both the clerk's and reporter's records were filed with the Travis County District Clerk on October 21, 2025 (see attached requests).

An invoice was received for the clerk's record on October 22, 2025, and payment has been requested and is being processed by our accounting department.

As of the receipt of your letters, we hadn't heard from the court reporter for the 126th Judicial District Court, Ms. Kasi Chapman. In follow-up, a request for a transcript was made via a link on the 126th Judicial District Court's website (see email confirmation attached), and an email was also sent to Ms. Chapman regarding the reporter's record request (see attached email). No responses have been received at this time.

Sincerely,

*/s/ Jennifer Foster*
Jennifer Foster
Legal Assistant
Administrative Law Division
Telephone:   (512) 475-4035
Jennifer.foster@oag.texas.gov

10/21/2025 1:41 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-002549
Selina Hamilton

Cause No. D-1-GN-25-002549

| | | |
|---|---|---|
| TOBY KEETON, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| TEXAS RACING COMMISSION, | § | |
| *Defendant.* | § | 353RD JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST FOR PREPARATION AND FILING OF THE CLERK'S RECORD

TO THE HONORABLE VELVA L. PRICE, TRAVIS COUNTY DISTRICT CLERK:

Defendant Texas Racing Commission (Commission), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorneys General, has appealed this case to the Court of Appeals for the Fifteenth Judicial District at Austin, Texas. This interlocutory appeal will be an accelerated appeal.

Pursuant to Texas Rule of Appellate Procedure 34.5, the Commission respectfully requests that the items listed in Rule 34.5(a), along with the items below, including all attachments and exhibits filed therewith, be included in the Clerk's Record prepared for transmission to the Fifteenth Court of Appeals:

| Date Filed | Document Description |
|---|---|
| April 9, 2025 | Plaintiff's Original Petition |
| April 11, 2025 | Request for Issuance of Citation |
| May 19, 2025 | Defendant's Original Answer, Plea to the Jurisdiction, Request for Submission |
| June 18, 2025 | Plaintiff's Response in Opposition to Defendant's Plea to the Jurisdiction |
| August 7, 2025 | Defendant's Amended Plea to the Jurisdiction |

| Date Filed | Document Description |
|---|---|
| September 10, 2025 | Plaintiff's Response in Opposition to Defendant's Amended Plea to the Jurisdiction |
| October 7, 2025 | Letter from Judge Aurora Martinez Jones |
| October 9, 2025 | Order Denying Defendant's Amended Plea to the Jurisdiction |

The Commission is responsible for the payment of the cost of the Clerk's Record. Please notify the undersigned counsel of the cost so that payment may be sent.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ *Lauren McGee*
LAUREN MCGEE
State Bar No. 24128835
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Lauren.McGee@oag.texas.gov

ATTORNEYS FOR DEFENDANT TEXAS RACING
COMMISSION

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Request for Preparation and Filing of the Clerk's Record has been served on October 21, 2025, in compliance with Texas Rule of Civil Procedure 21a to the following party:

CLARK O. BREWSTER
State Bar No. 786841
JOSEPH C. DE ANGELIS
Admitted Pro Hac Vice
Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, OK 74114
Telephone: (918) 742-2021
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

DON GRIFFIN, JR.
State Bar No. 08456975
Vinson & Elkins, LLP
845 Texas St., Ste 4700
Houston, TX 77002-2946
Telephone: (713) 758-3508
dgriffin@velaw.com


ATTORNEYS FOR PLAINTIFF
TOBY KEETON


/s/ *Lauren McGee*
LAUREN MCGEE
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 107104762
Filing Code Description: Request
Filing Description: DEFENDANTS' REQUEST FOR PREPARATION AND FILING OF THE CLERK'S RECORD
Status as of 10/22/2025 8:53 AM CST

Associated Case Party: TOBY KEETON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Griffin | 8456975 | dgriffin@velaw.com | 10/21/2025 1:41:22 PM | SENT |
| Clark Brewster | | cbrewster@brewsterlaw.com | 10/21/2025 1:41:22 PM | SENT |
| Joseph DeAngelis | | jcdeangelis@brewsterlaw.com | 10/21/2025 1:41:22 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 10/21/2025 1:41:22 PM | SENT |
| Marissa Rodriguez | | Marissa.rodriguez@traviscountytx.gov | 10/21/2025 1:41:22 PM | SENT |

Associated Case Party: TEXAS RACING COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 10/21/2025 1:41:22 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 10/21/2025 1:41:22 PM | SENT |

10/21/2025 1:40 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-002549
Selina Hamilton

Cause No. D-1-GN-25-002549

| | | |
|---|---|---|
| TOBY KEETON, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| TEXAS RACING COMMISSION, | § | |
| *Defendant.* | § | 353RD JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST FOR PREPARATION AND FILING OF THE REPORTER'S RECORD

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant Texas Racing Commission (Commission), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorneys General, has appealed this case to the Court of Appeals for the Fifteenth Judicial District at Austin, Texas. This interlocutory appeal will be an accelerated appeal.

Pursuant to Texas Rule of Appellate Procedure 34.6, the Commission respectfully requests that the Court Reporter for the 126th Judicial District Court prepare the Reporter's Record of the Tuesday, September 23, 2025, hearing on the Plaintiff's Motion for Preliminary Injunction and Defendant's Plea to the Jurisdiction, including any exhibits, for transmission to the Fifteenth Court of Appeals.

The Commission is responsible for the payment of the cost of the Reporter's Record. Please notify the undersigned counsel of the cost so that payment may be sent.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ *Lauren McGee*
LAUREN MCGEE
State Bar No. 24128835
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Lauren.McGee@oag.texas.gov

ATTORNEYS FOR DEFENDANT TEXAS RACING
COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Request for Preparation and Filing of the Reporter's Record has been served on October 21, 2025, in compliance with Texas Rule of Civil Procedure 21a to the following party:

CLARK O. BREWSTER
State Bar No. 786841
JOSEPH C. DE ANGELIS
Admitted Pro Hac Vice
Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, OK 74114
Telephone: (918) 742-2021
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

DON GRIFFIN, JR.
State Bar No. 08456975
Vinson & Elkins, LLP
845 Texas St., Ste 4700
Houston, TX 77002-2946
Telephone: (713) 758-3508
dgriffin@velaw.com


ATTORNEYS FOR PLAINTIFF
TOBY KEETON

/s/ *Lauren McGee*
LAUREN MCGEE
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 107104686
Filing Code Description: Request
Filing Description: DEFENDANTS' REQUEST FOR PREPARATION AND FILING OF THE REPORTERS RECORD
Status as of 10/22/2025 11:35 AM CST

Associated Case Party: TOBY KEETON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Don Griffin | 8456975 | dgriffin@velaw.com | 10/21/2025 1:40:28 PM | SENT |
| Clark Brewster | | cbrewster@brewsterlaw.com | 10/21/2025 1:40:28 PM | SENT |
| Joseph DeAngelis | | jcdeangelis@brewsterlaw.com | 10/21/2025 1:40:28 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 10/21/2025 1:40:28 PM | SENT |
| Marissa Rodriguez | | Marissa.rodriguez@traviscountytx.gov | 10/21/2025 1:40:28 PM | SENT |

Associated Case Party: TEXAS RACING COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 10/21/2025 1:40:28 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 10/21/2025 1:40:28 PM | SENT |

Dear Jennifer Foster,
Your transcript request form has been received. The court reporter will be reaching out to you to make arrangements.

Have a wonderful day!
Travis County Civil and Family Courts

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

| | |
|---|---|
| **From:** | Jennifer Foster |
| **To:** | "kasi.chapman@traviscountytx.gov" |
| **Cc:** | Lauren McGee |
| **Subject:** | Re Transcript for D-1-GN-25-002549; Toby Keeton v. Texas Racing Commission |
| **Date:** | Monday, November 3, 2025 3:21:00 PM |
| **Attachments:** | 2025 1021 Request for Reporters Record.pdf |
| | image001.png |

Good afternoon, Ms. Chapman,

We filed the attached request for reporter's record, if any, in the matter referenced above, which is now on accelerated appeal, on October 21, 2025. It does not appear that this request made its way to you, so in addition to filling out your transcript request online, I wanted to forward it to you. The 15th Court of Appeals has given a deadline of November 13, 2025, to have the reporter's record filed.

Please let me know if you need any additional information on our end to complete this request.

Thank you,



**Jennifer Foster**
Legal Assistant to
Rosalind Hunt, Lauren McGee,
and Bradley Wurster;
Enforcement Team Member
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4035
(512) 320-0167 fax
jennifer.foster@oag.texas.gov

*This message may be confidential and/or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 107614516
Filing Code Description: Letter
Filing Description: Ltr to 15COA Clerk re Records
Status as of 11/4/2025 7:03 AM CST

Associated Case Party: Toby Keeton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clark Brewster | 786841 | cbrewster@brewsterlaw.com | 11/3/2025 5:36:25 PM | SENT |
| Don Griffin | 8456975 | dgriffin@velaw.com | 11/3/2025 5:36:25 PM | SENT |
| Joseph DeAngelis | | jcdeangelis@brewsterlaw.com | 11/3/2025 5:36:25 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 11/3/2025 5:36:25 PM | SENT |

Associated Case Party: Texas Racing Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 11/3/2025 5:36:25 PM | SENT |